1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ERIC LEE HACKETT,                                    )   1:08-CV-01041 SMS HC
                                                     )
                        Petitioner,                  )   ORDER REQUIRING PETITIONER TO
                                                     )   INFORM THE COURT WHETHER HE WILL
        v.                                           )   CONSENT TO MAGISTRATE JUDGE
                                                     )   JURISDICTION
CITY OF FRESNO,                                      )
                                                     )   ORDER DIRECTING CLERK OF COURT TO
                        Respondent.                  )   SEND PETITION CONSENT/DECLINE FORM
_____)

        Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to

28 U.S.C. § 2254.

        On July 14, 2008, Petitioner filed a petition for writ of habeas corpus.  On July 23, 2008, the

Clerk of Court mailed a consent/decline form to petitioner, with information and instructions for

informing the Court whether he would consent to Magistrate Judge jurisdiction. Petitioner did not

return the form.

        Therefore, at this time, Petitioner is DIRECTED to notify the Clerk of Court in writing

whether or not he will consent to the jurisdiction of the U.S. Magistrate Judge for all purposes

pursuant to 28 U.S.C. §636(c), using the forms supplied by the Clerk, within twenty (20) days of the

date of service of this Order.  Further, the Clerk of Court is DIRECTED to send Petitioner a copy of

the consent option form and the instructions for consent to Magistrate Judge Jurisdiction.

IT IS SO ORDERED.

**Dated:    October 17, 2008**              _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE