1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC LEE HACKETT,                          1:08-cv-01041 AWI SMS  (HC)

12          Petitioner,                         **ORDER DENYING MOTION FOR**
                                                **WAIVER OF FILING FEES AS MOOT**
13          vs.
                                                **ORDER DENYING MOTION FOR**
14   CITY OF FRESNO,                            **APPOINTMENT OF COUNSEL**

15          Respondent.                         (DOCUMENT #8)

16   _____/

17          On January 12, 2009, petitioner filed a motion for the waiver of the filing fees in

18   this matter and a motion for the appointment of counsel.

19          Due to the fact that the Court granted petitioner leave to proceed in forma

20   pauperis in this matter on August 18, 2008, the motion for the waiver of the filing fees shall be

21   denied.

22          As to the motion for appointment of counsel, there currently exists no absolute

23   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

24   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

25   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

26   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

27   Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

28   / / / / /

1  justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

2  HEREBY ORDERED that:

3      1.      Petitioner's motion for the waiver of the filing fees in this matter is DENIED;

4      2.      Petitioner's motion for appointment of counsel is DENIED.

5  IT IS SO ORDERED.

6  **Dated:    January 23, 2009**                              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**