UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC LEE HACKETT, | ) | 1:08-CV-01041 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING EMERGENCY |
| | ) | REQUEST FOR "HELP" AND COURT |
| | ) | ORDER TO TRANSPORT INMATE WITH |
| | ) | MEDICAL RECORDS TO FRESNO |
| v. | ) | COUNTY JAIL |
| | ) | |
| | ) | [Doc. #20] |
| | ) | |
| CITY OF FRESNO, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 4, 2009, the District Court issued its order dismissing the petition. Judgment was entered the same date. Thereafter, Petitioner filed a notice of appeal and the case has been transmitted to the Ninth Circuit Court of Appeals. On June 10, 2009, Petitioner filed the instant motion entitled, "Emergency Request for "Help" and Court Order to Transport Inmate with Medical Records to Fresno County Jail." Petitioner complains that he has been attacked by another inmate and has been placed in administrative segregation with inadequate medical care.

1    The instant case is closed and the appeal is pending before the Ninth Circuit. Therefore, the
2 request must be dismissed, and no further filings will be allowed in this case. Insofar as Petitioner
3 seeks relief for his claims concerning the conditions of confinement, he is advised that he must file a
4 civil rights complaint pursuant to 42 U.S.C. § 1983.

6  IT IS SO ORDERED.

7  **Dated:   June 16, 2009**              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE